UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELENA CHARTERING INC.,

                Petitioner,

           v.                                    20-Civ.__796__

CRONUS MARITIME INC.,

                Respondent.
------------------------------------------------------------X

## [proposed] ORDER CONFIRMING, RECOGNIZING AND ENFORCING ARBITRATION AWARD

The Court, having considered the petition to confirm, recognize and enforce the arbitration award issued in favor of Helena Chartering Inc. ("Helena") and against Cronus Maritime Inc. ("Cronus") from the arbitration captioned as *In the Matter of Arbitration between Helena Chartering Inc., as Owner and Claimant, and Cronus Maritime Inc. as Charterer and Respondent*, dated January 30, 2019 (the "Award"), and finding that the criteria set forth in 9 U.S.C. §207 [alternatively 9 U.S.C. § 9 ] have been established, it is hereby

ORDERED that Helena's petition seeking an order confirming, recognizing and enforcing the Award pursuant to 9 U.S.C. § 207 [alternatively pursuant to 9 U.S.C. § 9] is GRANTED; and it is further

ORDERED that Petitioner's requested judgment thereon in the amount of $515,152.48 together with: (a) interest on the principal amount of $504,994.85 at the rate of 5.5% per annum / pro rata from March 1, 2019 to May 1, 2019; (b) interest on the unrecovered principal balance amount of $451,089.83 at 5.5% per annum / pro rata from May 1, 2019 until payment in full; and (c) the amount of $6,450.00 for the Panel's fees and expenses, as paid by Petitioner in the first

1

instance, together with interest thereon at 5.5% per annum / pro rata from March 1, 2019 until payment in full is GRANTED.

IT IS SO ORDERED

This 12th day of May ,2020.

                                                *Loretta A. Preska*
                                                   U.S.D.J.