**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HELENA CHARTERING INC.,

                Petitioner,                20 **CIVIL** 796 (LAP

       -against-                  **JUDGMENT**

CRONUS MARITME INC.,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2020, Helena's petition seeking an order confirming, recognizing and enforcing the Award pursuant to 9 U.S.C. § 207 [alternatively pursuant to 9 U.S.C. § 9] is GRANTED; the Court ORDERS that Petitioner's requested judgment thereon in the amount of $515,152.48 together with: (a) interest in the principal amount of $504,994.85 at the rate of 5.5% per annum/pro rata from March 1, 2019 to May 1, 2019 of $4,641.80; (b) interest on the unrecovered principal balance amount of $451,089.83 at 5.5% per annum/pro rata from May 1, 2019 until payment in full; and (c) the amount of $6,450.00 for the Panel's fees and expenses, as paid by Petitioner in the first instance, together with interest thereon at 5.5% per annum/pro rata from March 1, 2019 until payment in full is GRANTED.

**Dated**: New York, New York
        May 15, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                            **BY:**
                                        **Deputy Clerk**